```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:09 MJ 00242 DAD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND ORDER REGARDING CONDITIONS OF PRETRIAL RELEASE** |
| JOSEPH HATFIELD | ) | |
| Defendant. | ) | |

The parties agree to the following terms and conditions of supervised release :

**Conditions of Release**

**Re: Hatfield, Joseph**

**Doc. No.: 2:09-MJ-0242-DAD**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;
2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;
3. Your travel is restricted to the Eastern and Northern Districts of California and you may not ravel outside of these areas without the

1           prior consent of the pretrial services officer;
2     4.    You shall not possess a firearm, destructive device, or other
3           dangerous weapon;  additionally, you shall provide written proof of
4           divestment of all firearms currently under your control;
5     5.    You shall not apply for any passports or travel documents during the
6           pendency of this case;
7     6.    You shall reside at a location approved by the pretrial services
8           officer and you shall not move or absent yourself from this residence
9           for more than 24 hours without the prior approval of Pretrial
10          Services;
11    7.    You shall report any contact with law enforcement to Pretrial Services
12          within 24 hours;
13    8.    You shall only use your true name and personal identifiers, and you
14          shall not use any other names, dates of birth or social security
15          numbers;
16    9.    You shall submit to DNA testing as directed by the United States
17          Attorney's Office;
18    10    You shall submit to drug or alcohol testing as approved by the
19          Pretrial Services Officer;
20    11.   You shall seek and/or maintain employment and provide proof of same as
21          requested by your pretrial services officer;
22    12.   You shall not hold any employment positions which include fiduciary
23          responsibility; and
24    ///
25    ///
26    ///
27    ///
28

13. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used.


**IT IS SO STIPULATED**.

Dated: 09/25/09                      LAWRENCE G. BROWN
                                     United States Attorney


                                        /s/ Robin R. Taylor
                                     ROBIN R. TAYLOR
                                     Assistant United States Attorney


Dated: 09/25/09                         /s/ Timoth Zindel
                                     TIMOTHY ZINDEL
                                     Counsel for Defendant


   **IT IS SO ORDERED. The Clerk shall serve Pretrial Services with this order.**

Dated: September 30, 2009
                                     /s/ Gregory G. Hollows
                                     _____
                                     GREGORY G. HOLLOWS
                                     UNITED STATES MAGISTRATE JUDGE


hatfield.ord