```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LEXI NEGIN, Bar #250376
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  JOSEPH HATFIELD
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:09-MJ-00242 DAD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO EXTEND |
| | ) TIME FOR PRELIMINARY EXAMINATION |
| v. | ) AND EXCLUDE TIME |
| | ) |
| JOSEPH HATFIELD, | ) |
| | ) Date: October 23, 2009 |
| Defendant. | ) Time: 2:00 p.m. |
| | ) Judge: Kimberly J. Mueller |
| _____ | ) |

   IT IS HEREBY STIPULATED between the parties, Robin Taylor, Assistant United States Attorney, attorney for plaintiff, and Lexi Negin, Assistant Federal Defender, attorney for defendant JOSEPH HATFIELD that the preliminary examination, currently set for October 16, 2009, be continued until October 23, 2009, at 2:00 p.m.

   This continuance is requested because Attorney Robin Taylor will not be available as she will be traveling away from the office. Mr. Hatfield and the government have therefore agreed to extend time for the preliminary examination until October 23, 2009, and further agree that good cause exists within the meaning of Federal Rule of Criminal Procedure 5.1(d). The parties also agree that the time within which

1  indictment must be filed may be extended to October 23, 2009, and that
2  time under the Speedy Trial Act may be excluded to that date, pursuant
3  to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), to afford both parties
4  reasonable time to prepare.

5  Dated: October 9, 2009                Respectfully submitted,

6                                        DANIEL J. BRODERICK
                                         Federal Defender
7
                                         */s/ Lexi Negin*
8                                        _____
                                         LEXI NEGIN
9                                        Assistant Federal Defender
                                         Attorney for Defendant
10                                       JOSEPH HATFIELD

11
    Dated: October 9, 2009               LAWRENCE G. BROWN
12                                       United States Attorney

13                                       */s/ Robin Taylor*
                                         _____
14                                       ROBIN TAYLOR
                                         Assistant U.S. Attorney
15                                       per telephonic authority

16

17                              **O R D E R**

18  IT IS SO ORDERED.

19  DATED: October 9, 2009.

                                _____
                                DALE A. DROZD
                                UNITED STATES MAGISTRATE JUDGE

24  Ddad1/orders.criminal/hatfield0242.stipord

Stip & Order                            2